Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BEGG, on behalf of himself and all others similarly situated, <br><br> Plaintiff <br><br> -against- <br><br> GARDEN CITY, INC., <br><br> Defendant | C.A. No.: 3:20-cv-04248-CRB <br><br> **DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

   THAT pursuant to the parties' January 7, 2021 Notice of Voluntary Dismissal, all claims asserted against Defendant in Civil Action No: **3:20-cv-04248-CRB**, are dismissed with prejudice; and

   THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS**  11th  **day of** January **, 2021.**

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE